| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:98CR10204-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR08-0 03 MJJ |

FILED JAN - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Minh Tien Quach | DISTRICT DISTRICT OF MASSACHUSETTS | DIVISION . Boston |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Patti B. Saris | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM February 27, 2006 — TO February 26, 2010 |

OFFENSE

Cts. 1 & 2: Conspiracy to Distribute and Possess with Intent to Distribute Heroin, in violation of 21 USC § 846;
Ct. 3: Distribution and Possession with Intent to Distribute Cocaine, in violation of 21 USC § 846(a)(1).

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/6/06
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-12-07
Effective Date

_____
United States District Judge